

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00487-CV

**CONOCOPHILLIPS COMPANY**,
Appellant

v.

Leon Oscar **RAMIREZ**, Jr., Individually, and Jesus M. Dominguez, as Guardian of the Estate of
Minerva Clementina Ramirez, an Incapacitated Person,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,637
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Effective January 1, 2014, all clerk's records must be filed electronically unless this court grants permission to file the record in paper form. TEX. R. APP. P. Appx. C.  On September 8, 2015, the Zapata County District Clerk filed a clerk's record in paper form without having obtained permission from this court.  The clerk's record is approximately 8,000 pages.

On September 9, 2015, one of this court's deputy clerks spoke with a deputy clerk in the District Clerk's office, informing the deputy clerk that the record was required to be filed electronically.  On September 10, 2015, the Zapata County District Clerk filed a written request, stating, "Please consider this my formal request for permission to file transcript paper form e-filing in process but not mandated until July 2016."  As previously noted, however, all clerk's record are mandated to be electronically filed in this court as of January 1, 2014.

We ORDER Zapata County District Clerk Dora Martinez Castañon to, on or before **September 28, 2015**, either: (1) electronically file the clerk's record; or (2) file a written request to file the record in paper form detailing the reason the record cannot be filed electronically and the actions being taken to ensure that future clerk's records will be electronically filed.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2015.



Keith E. Hottle
Clerk of Court